Norberto **MEDINA, Plaintiff–Appellant,**

v.

**James D. HARTLEY, Warden; et al., Defendants–Appellees.**

**No. 11–16899.**

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 26, 2012.

Norberto Medina, Avenal, CA, pro se.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM ***

California state prisoner Norberto Medina appeals pro se from the district court's orders denying his motions for reconsideration in his 42 U.S.C. § 1983 action alleging violations of his Eighth and Fourteenth Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Latshaw v. Trainer Wortham & Co., Inc.,* 452 F.3d 1097, 1100 (9th Cir.2006), and we affirm.

The district court did not abuse its discretion in denying Medina's motions for reconsideration because Medina failed to show grounds warranting reconsideration. *See Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.,* 5 F.3d 1255, 1262 (9th Cir.1993) (setting forth bases for reconsideration).

Medina's remaining contentions are unpersuasive.

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.